## Commonwealth *v.* Packard, Appellant.

Submitted June 10, 1968. *Donald Franklin Packard,* appellant, in propria persona; *D. Richard Eckman,* Assistant District At-

torney, and *Clarence C. Newcomer*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: In accordance with the opinion of the Supreme Court in *Commonwealth v. Hoffman*, 426 Pa. 226, 232 A. 2d 623 (1967), the order is vacated and the record is remanded to the court below with instructions to appoint counsel to represent appellant in a post-conviction proceeding at which his eligibility for an evidentiary hearing and/or other relief may be determined.